1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sherrye Bradford

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| SHERRYE BRADFORD,              | ) Case No.: EDCV 10-1913 VBK |
|                                 | ) |
| Plaintiff,                      | ) ORDER AWARDING EQUAL |
|                                 | ) ACCESS TO JUSTICE ACT |
| vs.                             | ) ATTORNEY FEES AND EXPENSES |
|                                 | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE,              | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security,| ) U.S.C. § 1920 |
|                                 | ) |
| Defendant                       | ) |
|                                 | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,300.00 as authorized by 28 U.S.C. § 2412 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 19, 2011

_____/s/_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

-1-